UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ20-755 |
| Plaintiff, | ) (ND/CA No. CR14-613 JST) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JUAN DIEAGO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:   Supervised Release Violations (Rule 5)

<u>Date of Detention Hearing</u>:   November 23, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant comes before this Court pursuant to an arrest warrant issued by the United

DETENTION ORDER
PAGE -1

01 States District Court for the Northern District of California, alleging violation of the
02 conditions of supervised release. Defendant does not contest detention at this time, and
03 an Order of Transfer has been signed.

04     2. Defendant poses a risk of nonappearance and risk of danger based on criminal
05 history and lack of verified background information.

06     3. There does not appear to be any condition or combination of conditions that will
07 reasonably assure the defendant's appearance at future Court hearings while addressing the
08 danger to other persons or the community.

09 It is therefore ORDERED:

10 1. Defendant shall be detained pending hearing, and committed to the custody of the
11    Attorney General for transfer to the Northern District of California and confinement in
12    a correction facility;

13 2. Defendant shall be afforded reasonable opportunity for private consultation with
14    counsel;

15 3. On order of the United States or on request of an attorney for the Government, the person
16    in charge of the corrections facility in which defendant is confined shall deliver the
17    defendant to a United States Marshal for the purpose of an appearance in connection
18    with a court proceeding; and

19 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
20    for the defendant, to the United States Marshal, and to the United State Probation
21    Services Officer.

22 //

01      DATED this 23rd day of November, 2020.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge

DETENTION ORDER
PAGE -3